**Instructions for use:**

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court..

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

DEC 1 3 2010  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT O WASHINGTON

Plaintiff(s) Thomas Bolton O'Brien

vs.

Internal Revenue Service

Defendant(s),

# CV102008

**COMPLAINT**

Cell # (360) 319-1391

## Parties to this Complaint:

**Plaintiff's Name, Address and Phone Number**

Thomas Bolton O'Brien
1340. Fourth Street
Blaine, Wa 98230

**Defendant's Name, Address and Phone Number**

Internal Revenue Service
Department of the Treasury
Washington, DC

**Defendant's Name, Address and Phone Number**

10-CV-02008-CMP

1 | **Defendant's Name, Address and Phone Number**

2

3

> Internal Revenue Service et.al. person(s) unknown
> Washington, DC

4

**(If you have more defendants, list them using the same outline on another piece of paper.**
5
**Attach additional sheets, if necessary)**

6

**Jurisdiction**
7
**(Reason your case is being filed in federal court)**

8

> Hawaii, Oregan, Washington State, Washington, DC
> New York, New York
9

10

11

**Statement of Claim:**
12
**(State here as briefly as possible the facts of your case.)**

13

14

> Your Honor:
> Please excuse my long hand. I am no computer
15
> whiz. The original document given to me by your
> clerk, has gone missing.
16
> My tax transcripts were altered by persons
> unknown. Proof of which lies in 3 law offices
17
> and one accountancy. An attempt was made,
> and thwarted by tax attorney(s) in New York City.
18
> to seize my assets.
> The IRS by fiat and deletion attempted to
19
> seize $700,000 from myself, when indeed
> all evidence points to their oweing me money to
20
> the amount in excess of $100,000.
> I take no pleasure in this complaint, but if
21
> such action to seize action from a common citizen
22

23

24

25

**Statement of Claim**
(continued):

such as myself, then none of us is safe. I believe such action is in violation of a raft of laws and indeed the Bill of Rights and perhaps, the Constitution of the United States.

I honorably and hereby request that the person(s) who altered my ~~transcr~~ tax transcripts directly or indirectly be brought to justice. I have paid in the area of $9 million in Federal Tax over the last 10 years.

I have been unable to secure Washington State a councel, in this matter. I believe it is every citizens right to seek relief under the laws of the United States of America.

I hereby throw myself at the mercy of the Court and in the equal justice of all U.S. citizens.

**Relief:**
(State briefly exactly what you want the court to do for you)

I respectfully request that the person(s) that perpetrated this act to be brought to Justice and my proper refund by remanded forthwith

I also request such damages as determined by the Court as to the continuous harassment causing me to be unable to work in my usual fashion over the last two years.

I do fear for my wellbeing as a result of the foregoing.

**Jury Demand:**
(Optional)

Jury

12-13-2010

Date

Signature of Plaintiff